# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## ENTRY OF APPEARANCE

**Case Number:** 2025-1752

**Short Case Caption:** Dental Monitoring SAS v. Align Technology, Inc.

**Instructions:** Refer to Fed. Cir. R. 47.3 for requirements governing representation and appearance in this court. Counsel must immediately file an amended Entry of Appearance if contact information changes and update information through PACER's Manage My Account. Non-admitted government counsel should enter N/A in lieu of an admission date. Use the second page to add additional counsel.

**Party Information.** List all parties, intervenors, amicus curiae, or movants represented by below counsel; "et al." is not permitted.

Dental Monitoring SAS

| | | |
|---|---|---|
| **Principal Counsel:** Mark A. Perry | | Admission Date: 05/06/1998 |
| Firm/Agency/Org.: Weil, Gotshal & Manges LLP | | |
| Address: 2001 M Street, N.W., Suite 600, Washington, D.C. 20036 | | |
| Phone: (202) 682-7511 | Email: mark.perry@weil.com | |
| **Other Counsel:** Adrian C. Percer | | Admission Date: 12/03/2020 |
| Firm/Agency/Org.: Weil, Gotshal & Manges LLP | | |
| Address: 201 Redwood Shores Pkwy, Redwood Shores, CA 94065 | | |
| Phone: (650) 802-3124 | Email: adrian.percer@weil.com | |

I certify under penalty of perjury that (1) the submitted information is true and accurate and (2) I am authorized to enter an appearance by all other listed counsel.

Date: 05/22/2025      Signature: /s/ Mark A. Perry

Name: Mark A. Perry

FORM 8A. Entry of Appearance    Form 8A (p.2)
July 2020

## [DO NOT SUBMIT THIS PAGE IF IT IS BLANK.]

| | |
|---|---|
| **Other Counsel:** Rocco J. Recce | Admission Date: 6/26/2024 |
| Firm/Agency/Org.: Weil, Gotshal & Manges LLP ||
| Address: 767 Fifth Avenue, New York, NY 10153 ||
| Phone: (212) 310-8051 | Email: rocco.recce@weil.com |
| **Other Counsel:** Adam Mitchell | Admission Date: 06/06/2023 |
| Firm/Agency/Org.: Weil, Gotshal & Manges LLP ||
| Address: 2001 M Street, N.W., Suite 600, Washington, D.C. 20036 ||
| Phone: (202) 682-7212 | Email: adam.mitchell@weil.com |
| **Other Counsel:** Caroline Voelker | Admission Date: 04/08/2025 |
| Firm/Agency/Org.: Weil, Gotshal & Manges LLP ||
| Address: 2001 M Street, N.W., Suite 600, Washington, D.C. 20036 ||
| Phone: (202) 682-7528 | Email: caroline.voelker@weil.com |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: ||
| Address: ||
| Phone: | Email: |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: ||
| Address: ||
| Phone: | Email: |